# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALITYBUILT.COM, INC., <br><br>　　　　　　　　　　　　　Plaintiff, <br><br>　vs. <br><br>COAST TO COAST ENGINEERING SERVICES, INC. d/b/a CRITERIUM ENGINEERS; and DOES 1 through 20, inclusive, <br><br>　　　　　　　　　　　　　Defendant. | CASE NO. 07cv627 WGH(AJB) <br><br>**ORDER GRANTING JOINT MOTION TO SEAL CERTAIN DOCUMENTS** <br><br>(Doc. # 8) |

Having considered the Parties' Joint Motion for Order Sealing Court Records (Doc. # 8), and good cause appearing therefore;

IT IS HEREBY ORDERED:

(1)　The Joint Motion is hereby granted.

(2)　The Clerk of Court shall seal the documents containing the Sealed Information and remove them from the public domain. These documents include:

　　(a)　Declaration of Dennis Kirkland in Support of QualityBuilt's *Ex Parte* Application for a Temporary Restraining Order, including exhibits, currently on file with the Court as Document 1-1, pages 105-110.

　　(b)　Declaration of Jennifer Jaggard in Support of QualityBuilt's *Ex Parte* Application for a Temporary Restraining Order, including exhibits, currently on file with the Court as Document 1-1, pages 111-113 and Document 1-2, pages 1-5.

  (c) Declaration of Sheila Murphy in Support of QualityBuilt's *Ex Parte* Application for a Temporary Restraining Order, including exhibits, currently on file with the Court as Document 1-3, pages 15-17.

  (d) Declaration of Mark Anthony in Support of QualityBuilt's *Ex Parte* Application for a Temporary Restraining Order, including exhibits, currently on file with the Court as Document 1-2, pages 6-15.

  (e) Declaration of Beth Michaelis in Support of QualityBuilt's *Ex Parte* Application for a Temporary Restraining Order, including exhibits, currently on file with the Court as Document 1-2, pages 21-106 and Document 1-3, pages 1-14.

  (f) Any version of the "list attached hereto under seal" referenced by Judge Linda B. Quinn in the Temporary Restraining Order issued by the San Diego Superior Court on April 5, 2007, including the Document currently on file with the Court as Document 1-3, pages 84-89.

 (3) The Clerk of Court shall replace the documents mentioned in paragraphs 2(a) through 2(e) with the redacted versions supplied by QualityBuilt.

 (4) The documents being sealed also include the following: the complete client list of QualityBuilt as requested by the San Diego Superior Court; the shortened version of the client list of QualityBuilt, mentioned in paragraph 2(f); and the version of the client list of QualityBuilt with Criterium's comments attached to the Temporary Restraining Order issued by the San Diego Superior Court on April 5, 2007.

 (5) The confidentiality of the Sealed Information, including documents inadvertently filed with this Court as "Exhibit B" to Coast to Coast Engineering Services, Inc.'s Notice of Removal, has not been eviscerated, waived or in any way affected by this temporary disclosure.

DATED: April 12, 2007

             *William Q. Hayes*
             **WILLIAM Q. HAYES**
             United States District Judge